IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 3:11MJ00093 |
| | | Magistrate Sharon L. Ovington |
| Plaintiff | | |
| | : | |
| v. | | |
| EDWARD ROBINSON | : | ORDER TO UNSEAL DOCUMENTS |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal, the Amended Complaint and Amended Arrest Warrant filed in this matter on February 13, 1012 is hereby unsealed.

2/28/12
DATE

SHARON L. OVINGTON
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 3:11MJ00093 |
| | | Magistrate Sharon L. Ovington |
| Plaintiff | : | |
| | : | |
| -v- | | |
| | : | |
| EDWARD ROBINSON | | MOTION TO UNSEAL |
| | : | |
| Defendant | | |

Now comes the United States Attorney and moves this court, pursuant to its inherent power to control papers filed with the Court, for an order unsealing the Motion to Seal, Order to Seal, Amended Complaint and Amended Arrest Warrant filed in this matter on February 13, 2012 as the arrest has been made with all defendants in the above matter.

WHEREFORE, the United States of America respectfully requests that the Motion to Seal, Order to Seal, Amended Complaint and Amended Arrest Warrant be unsealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Mona Guerrier
MONA GUERRIER (0067227)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2568
Mona.Guerrier @usdoj.gov